NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES LARRY PEOPLES,  )
DOC #063431,  )
                 )
         Appellant,  )
                 )
v.  )        Case No. 2D16-4574
                 )
STATE OF FLORIDA,  )
                 )
         Appellee.  )
_____  )

Opinion filed December 5, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Charles Larry Peoples, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.